**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10250 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-02991-CKJ-HCE-1 |
| v. | |
| VERONICA GUADALUPE SANDOVAL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Argued and Submitted August 15, 2013
San Francisco, California

Before: REINHARDT, GRABER, and HURWITZ, Circuit Judges.

Defendant Veronica Guadalupe Sandoval appeals the district court's denial

of a motion to suppress evidence of a large quantity of marijuana found in her

horse trailer. We review de novo the denial of the motion but review for clear

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

error the underlying findings of fact. United States v. Basher, 629 F.3d 1161, 1165 (9th Cir. 2011). We affirm.

1. Reasonable suspicion justified the traffic stop. The officers' testimony, which was credited and not contradicted, established a traffic violation, which suffices to justify a stop. United States v. Miranda-Guerena, 445 F.3d 1233, 1236 (9th Cir. 2006). The officers also had a reasonable suspicion that Defendant was transporting drugs, based on a detailed and reliable informant's tip.

2. The district court did not clearly err, United States v. Washington, 490 F.3d 765, 769 (9th Cir. 2007), in finding that Defendant voluntarily consented to the search. Several facts support the finding that she was not coerced, including advice that Defendant could withdraw her consent at any time, her retention of the keys to her vehicle, and the absence of potentially intimidating measures such as handcuffs or displayed firearms.

**AFFIRMED.**